[No. 13515-9-II.   Division Two.   February 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON
KENYON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 89-1-00080-6, James B. Sawyer II, J., entered
December 18, 1989. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Petrich, J., and Reed, J. Pro Tem.

[No. 29869-1-I.   Division One.   February 22, 1993.]

ROBERT DAVIS, ET AL, *Appellants*, v. GENERAL GROWTH
MANAGEMENT, INC., *Respondent*.

Appeal from a judgment of the Superior Court for What-
com County, No. 90-2-00388-1, Michael F. Moynihan, J.,
entered December 5, 1991. *Affirmed* by unpublished opinion
per Pekelis, A.C.J., concurred in by Coleman and Baker, JJ.

[No. 27776-6-I.   Division One.   February 22, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
GENE BOE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-02810-7, Bobbe J. Bridge, J., entered Janu-
ary 23, 1991. *Remanded with instructions* by unpublished
opinion per Grosse, J., concurred in by Forrest and Kennedy,
JJ.